IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01857-PSF-MEH

MODIS, INC.,

    Plaintiff,

v.

JAMES MOLONEY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 29, 2007.**

    The Joint Motion to Vacate Settlement Conference set for April 4, 2007 [Filed March 28, 2007; Docket #21] is **granted**. Based on the parties' representation that a settlement in principle has been reached, the Settlement Conference set for April 4, 2007, is **vacated**. The Consent Injunction is to be submitted on or before April 20, 2007.